IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:12-CR-35-BO-1

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| ERNEST HOLLAND | ) | |

This matter is before the Court on Defendant's "Motion For Furlough For Defendant To Attend Funeral Of His Mother; Or In The Alternative, Motion For Order Directing United States Marshal To Accompany Defendant To And From Mother's Funeral" [DE 64]. The Motion is DENIED.

SO ORDERED. This 15 day of August, 2012.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE